**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| H. LUNDBECK A/S,               )<br>                                              )<br>          Plaintiff,                      )<br>                                              )<br>     v.                                       )<br>                                              )<br>HONORABLE KATHI VIDAL, in her Official  )<br>Capacity as UNDER SECRETARY OF  )<br>COMMERCE FOR INTELLECTUAL  )<br>PROPERTY AND DIRECTOR OF THE  )<br>UNITED STATES PATENT AND  )<br>TRADEMARK OFFICE,              )<br>                                              )<br>          Defendant.                   ) | Case No. 1:23-cv-1105 (PTG/WEF) |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, as well as the Court's October 5, 2023 Scheduling Order (Dkt. No. 21), Defendant Kathi Vidal, in her official Capacity as Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent and Trademark Office, moves for entry of summary judgment in her favor. The grounds for this motion are more fully explicated in the memorandum of law that has been simultaneously filed with the motion.

Date:   February 1, 2024

Respectfully Submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

*By*: /s/ Hugham Chan
HUGHAM CHAN
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia  22314
Tel:  (703) 299-3743
Fax: (703) 299-3983
Email:  hugham.chan@usdoj.gov

*Counsel for Defendant*