# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| H. Lundbeck A/S | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:23-cv-01105 ) (PTG/WEF) |
| United States Patent and Trademark Office | ) ) ) |
|     Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on 07/19/2024 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the of Defendant, United States Patent and Trademark Office in accordance with Rule 58 of the Federal Rules of Civil Procedure and against H. Lundbeck A/S.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
J. Lanham
Deputy Clerk

Dated: 07/19/2024
Alexandria, Virginia